**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JASON CARRODINE, individually and on behalf of others similarly situated,

            Plaintiff(s),

vs.

SNAP FINANCE, LLC

            Defendant(s).

  )
  )
  )
  )
  )
  )
  )
  )
  )
  )
  )
  )
  )
  )

Case #2:26-cv-01777-RFB-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Christopher E. Roberts_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Butsch Roberts & Associates LLC
(firm name)

with offices at _____7777 Bonhomme Avenue, Suite 1300_____,
(street address)

_____St. Louis_____, _____Missouri_____, __63105__,
(city)         (state)      (zip code)

__314-863-5700__, __croberts@butschroberts.com__.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiff Jason Carrodine_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____09/09/2009_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Missouri_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Missouri | 09/09/2009 | 61895 |
| State of Kansas | 08/03/2010 | 24528 |
| State of Illinois | 11/4/2010 | 6302857 |
| State of California | November 12, 2025 | 363586 |
| See Attached | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

| None |
| --- |

7.    That Petitioner is a member of good standing in the following Bar Associations.

| None |
| --- |

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
| --- | --- | --- | --- |
| 10/10/2024 | 2:24-cv-01804-CDS | District of Nevada | Granted |
| 10/29/2024 | 2:24-cv-01900 | District of Nevada | Granted |
| 10/31/2024 | 2:24-cv-02007 | District of Nevada | Granted |
| 11/13/2025 | 2:25-cv-01645 | District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Missouri_____ )
                                )
COUNTY OF _____St. Louis_____ )

____Christopher E. Roberts____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__24th__ day of __June__, __2026__.

_____
DAVID T. BUTSCH, Clerk of Court

DAVID T. BUTSCH
Notary Public, Notary Seal
State of Missouri
St. Louis City
Commission # 12475510
My Commission Expires 10-04-2028

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Craig K. Perry____,
                                                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____2300 W. Sahara Ave., Suite 800_____
                              (street address)

_____Las Vegas_____       _____Nevada_____       _____89102_____
       (city)                      (state)                (zip code)

____(702) 893-4780____       ____eperry@craigperry.com____
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Craig K. Perry_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

DocuSigned by:

_____
(party's signature)

Jason Carrodine, Plaintiff
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

DocuSigned by:
Craig Perry
_____
Designated Resident Nevada Counsel's signature

3786                              cperry@craigperry.com
_____
Bar number                       Email address

APPROVED:

Dated: this ___25___ day of _____June_____, 20 26 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## Admissions

| | | |
|---|---|---|
| United States Court of Appeals for the Eighth Circuit | August 2018 | Active |
| United States Court of Appeals for the Tenth Circuit | November 2020 | Active |
| United States District Court for the Eastern District of Missouri | May 2011 | Active |
| United States District Court for the Western District of Missouri | May 2020 | Active |
| United States District Court for the Northern District of Illinois | October 2012 | Active |
| United States District Court for the Southern District of Illinois | March 2013 | Active |
| United States District Court for the District of Kansas | September 2019 | Active |
| United States District Court for the Eastern District of Michigan | February 2020 | Active |
| United States District Court for the Southern District of Texas | 2021 | Active |
| United States District Court for the Northern District of Texas | 2022 | Active |
| United States District Court for the Eastern District of Michigan | 2020 | Active |
| United States District Court for the District of Colorado | 2023 | Active |
| United States District Court for the Central District of Illinois | 2024 | Active |
| United States Court of Appeals for the Ninth Circuit | 2022 | Active |
| United States District Court, Northern District of California | 12/18/2025 | Active |