Abran E. Vigil
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Phone: (702) 471-7000
Fax: (702) 471-7070
Email: vigila@ballardspahr.com

*Attorneys for Defendant Snap Finance, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON CARRODINE, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> SNAP FINANCE, LLC, <br><br> Defendant. | Case No. 2:26-cv-01777-RFB-DJA <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR SNAP FINANCE, LLC TO RESPOND TO COMPLAINT** <br><br> **(First Request)** |

Defendant Snap Finance, LLC ("Defendant"), by and through its attorneys of record, the law firm BALLARD SPAHR LLP, and plaintiff Jason Carrodine ("Plaintiff"), by and through his attorneys of record, the law firm Craig K. Perry & Associates stipulate as follows:

1.    On June 11, 2026, Plaintiff filed a Class Action Complaint ("Complaint") (Dkt. No. 1).

2.    On June 25, 2026, a copy of the Summons and Complaint were served on Defendant (Dkt. No. 7), resulting in a deadline to answer or otherwise respond on July 16, 2026.

3.    Defendant requires additional time to confirm certain information about Plaintiff and to investigate its files and the basis for Plaintiff's claims, therefore, Plaintiff has agreed that Defendant shall have 30 days beyond the original deadline, up to and including August 14, 2026 to respond to the Complaint.

/ / /

/ / /

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

4.    Defendant has not previously requested any extension of time to respond to the Complaint and affirms that this request is made in good faith and will not prejudice the parties to this action.

Dated: July 2, 2026.

CRAIG K. PERRY & ASSOCIATES

By: /s/   Craig Perry
    Craig K. Perry
    Nevada Bar No. 003786
    2300 W. Sahara Ave. Suite 800
    Las Vegas, Nevada 89102
    Tel: (702) 893-4780
    cperry@craigperry.com

*Counsel for Jason Carrodine*

Dated: July 2, 2026.

BALLARD SPAHR LLP

By: /s/ Abran Vigil
    Abran E. Vigil
    Nevada Bar No. 7548
    1980 Festival Plaza Drive, #900
    Las Vegas, NV 89135
    Tel: (702) 471-7000
    vigila@ballardspahr.com

*Counsel for Snap Finance, LLC*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED:____7/7/2026_____

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

2