Christopher E. Roberts
Admitted Pro Hac Vice
BUTSCH ROBERTS & ASSOCIATES LLC
7777 Bonhomme Avenue, Suite 1300
Clayton, Missouri 63105
Phone: (314) 863-5700
Email: CRoberts@butschroberts.com

Craig K. Perry
Nevada Bar No. 003786
CRAIG K. PERRY & ASSOCIATES
2300 W. Sahara Ave., Suite 800
Las Vegas, Nevada 89102
Phone: (702) 228-4777
Fax: (702) 943-7520
Email: cperry@craigperry.com

*Attorneys for Plaintiff Jason Carrodine*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JASON CARRODINE, individually and on behalf of others similarly situated,

Plaintiff,

vs.

SNAP FINANCE, LLC,

Defendant.

Case No. 2:26-cv-01777-RFB-DJA

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO COMPEL INDIVIDUAL ARBITRATION, STRIKE CLASS CLAIMS, AND STAY PROCEEDINGS**

**(First Request)**

Plaintiff Jason Carrodine ("Plaintiff"), by and through his attorneys of record, the law firms Craig K. Perry & Associates and Butsch Roberts & Associates LLC, and defendant Snap Finance, LLC ("Defendant"), by and through its attorneys of record, stipulate as follows:

1. On June 11, 2026, Plaintiff filed a Class Action Complaint ("Complaint") (Dkt. No. 1).

2. On August 17, 2026, Defendant filed its Motion to Compel Individual Arbitration, Strike Class Claims, and Stay Proceedings ("Motion") (Dkt. Nos. 13-15), resulting in a deadline for Plaintiff to respond to the Motion of August 31, 2026.

3. Plaintiff's counsel requires additional time to respond to the Motion because counsel was out of the office for an extended period of time due to an extended and serious medical issue in early August and was recovering, and because of the press of other business, including catching up on matters that accumulated while counsel was out of the office for an extended period due to that medical issue.

4. Defendant has agreed that Plaintiff shall have fourteen (14) days beyond the current deadline, up to and including September 14, 2026, to file his response to the Motion.

5. Plaintiff has not previously requested any extension of time to respond to the Motion, and the parties affirm that this request is made in good faith, is not made for purposes of delay, and will not prejudice the parties to this action.

Dated: August 28, 2026.
BUTSCH ROBERTS & ASSOCIATES LLC

By: /s/ Christopher E. Roberts
Christopher E. Roberts
Admitted Pro Hac Vice
7777 Bonhomme Avenue, Suite 1300
Clayton, Missouri 63105
Tel: (314) 863-5700
CRoberts@butschroberts.com

Dated: August 28, 2026.
BALLARD SPAHR LLP

By: /s/ Abran Vigil
Abran E. Vigil
Nevada Bar No. 7548
1980 Festival Plaza Drive, #900
Las Vegas, NV 89135
Tel: (702) 471-7000
vigila@ballardspahr.com

*Counsel for Snap Finance, LLC*

*And*

CRAIG K. PERRY & ASSOCIATES
Craig K. Perry (Nevada Bar No. 003786)
2300 W. Sahara Ave., Suite 800
Las Vegas, Nevada 89102
Tel: (702) 228-4777
cperry@craigperry.com
*Counsel for Plaintiff Jason Carrodine*

**IT IS SO ORDERED:**

______________________________
United States District Judge

DATED: **August 31, 2026**

BUTSCH ROBERTS & Associates LLC
7777 BONHOMME AVENUE, SUITE 1300
CLAYTON, MISSOURI 63105
(314) 863-5700