Abran E. Vigil, Esq.
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Phone: (702) 471-7000
Fax: (702) 471-7070
Email: vigila@ballardspahr.com

*Attorneys for Defendant Snap Finance, LLC*

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON CARRODINE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>SNAP FINANCE, LLC,<br><br>Defendant. | Case No. 2:26-cv-01777-RFB-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR SNAP FINANCE, LLC TO REPLY TO PLAINTIFF JASON CARRODINE'S OPPOSITION TO DEFENDANT SNAP FINANCE, LLC'S MOTION TO COMPEL INDIVIDUAL ARBITRATION, STRIKE CLASS CLAIMS, AND STAY PROCEEDINGS**<br><br>**(First Request)** |

Defendant Snap Finance, LLC ("Defendant"), by and through its attorneys of record, the law firm BALLARD SPAHR LLP and Plaintiff Jason Carrodine ("Plaintiff"), by and through their attorneys of record, the law firm Butsch Roberts & Associates LLC stipulate as follows:

1. On September 24, 2026, Plaintiff filed an Opposition to Defendant Snap Finance, LLC's Motion to Compel Individual Arbitration, Strike Class Claims, and Stay Proceedings (Opposition) (Dkt. No. 19), resulting in a deadline to respond on October 1, 2026.

2. Defendant requires additional time to confirm certain information about Plaintiff's opposition and to investigate its files and the basis for Plaintiff's claims, therefore, Plaintiff has agreed that Defendant shall have up to and including October 15, 2026 to respond to the Opposition.

/ / /

3. Defendant has not previously requested any extension of time to respond to the Opposition and affirms that this request is made in good faith and will not prejudice the parties to this action.

Dated: October 1, 2026.

BUTSCH ROBERTS & ASSOCIATES LLC

By: /s/ Christopher E. Roberts
Christopher E. Roberts, Esq.
Admitted Pro Hac Vice
7777 Bonhomme Ave, Ste 1300
Clayton, Missouri 63105
Tel: (314) 863-5700
CRoberts@butschroberts.com
*Counsel for Jason Carrodine*

Dated: October 1, 2026.

BALLARD SPAHR LLP

By: /s/ Abran E. Vigil
Abran E. Vigil, Esq.
Nevada Bar No. 7548
1980 Festival Plaza Drive, Ste. 900
Las Vegas, NV 89135
Tel: (702) 471-7000
vigila@ballardspahr.com
*Counsel for Snap Finance, LLC*

**IT IS SO ORDERED:**



United States District Judge

DATED: **October 2, 2026**

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070